IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-01241-MJW

ANTHONY CERVANTES,

Plaintiff,

v.

CONN APPLIANCES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- The Joint Motion to Administratively Close Proceedings Pending Completion of Arbitration (Docket No. 10) is GRANTED;

- The Clerk of Court shall ADMINISTRATIVELY CLOSE this case under D.C.COLO.LCivR 41.2; and

- The Scheduling Conference set for July 26, 2016 at 2:00 p.m. is VACATED.

Date: July 11, 2016